KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

VENABLE LLP
Dino S. Sangiamo *(pro hac vice pending)*
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Telephone: (410) 244-7679
Facsimile: (410) 244-7742
Email: dssangiamo@venable.com

Attorneys for Defendants Merck Sharp
& Dohme Corp. and Merck & Co., Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CANDY MILLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MERCK SHARP & DOHME CORP., a New Jersey Corporation; MERCK & CO., INC., a New Jersey Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00309-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Candy Miller and defendants Merck Sharp & Dohme Corp. and Merck & Co., Inc. (collectively "Merck") stipulate that the deadline for Merck to respond to the complaint be extended from March 3, 2022 until March 21, 2022. This is the first extension sought in connection with this deadline.

The parties seek this extension to formalize a negotiated compromise to avoid unnecessary costs by Merck accepting service as contemplated by Fed. R. Civ. P. 4(d).

| WETHERALL GROUP, LTD. | KAEMPFER CROWELL |
|---|---|
| /s/ Peter C. Wetherall | |
| Peter C. Wetherall, No. 4414 | Robert McCoy, No. 9121 |
| 9345 West Sunset Road, Suite 100 | Sihomara L. Graves, No. 13239 |
| Las Vegas, Nevada 89148 | 1980 Festival Plaza Drive, Suite 650 |
| | Las Vegas, Nevada 89135 |
| Attorney for Plaintiff Candy Miller | |
| | VENABLE LLP |
| | Dino S. Sangiamo *(pro hac vice)* |
| | 750 East Pratt Street, Suite 900 |
| | Baltimore, Maryland 21202 |
| | |
| | Attorneys for Defendants Merck Sharp & Dohme Corp. and Merck & Co., Inc. |

## ORDER

**IT IS SO ORDERED**

**DATED:** 3:54 pm, March 03, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**