1    KAEMPFER CROWELL
     Robert McCoy, No. 9121
2    Sihomara L. Graves, No. 13239
     1980 Festival Plaza Drive, Suite 650
3    Las Vegas, Nevada 89135
     Telephone:  (702) 792-7000
4    Facsimile:  (702) 796-7181
     Email: rmccoy@kcnvlaw.com
5    Email: sgraves@kcnvlaw.com

6    VENABLE LLP
     Dino S. Sangiamo *(pro hac vice)*
7    750 East Pratt Street, Suite 900
     Baltimore, Maryland 21202
8    Telephone:  (410) 244-7679
     Facsimile:  (410) 244-7742
9    Email: dssangiamo@venable.com

10   Attorneys for Defendants Merck Sharp
     & Dohme Corp. and Merck & Co., Inc.

11

12               UNITED STATES DISTRICT COURT

13                   DISTRICT OF NEVADA

14   CANDY MILLER, an individual,          | Case No.  2:22-cv-00309-RFB-BNW

15                   Plaintiff,

16   vs.                                   | **STIPULATION AND ORDER TO
                                             EXTEND DISCOVERY DEADLINES**
17   MERCK SHARP & DOHME CORP., a
     New Jersey Corporation; MERCK &       | **(FIRST REQUEST)**
18   CO., INC., a New Jersey Corporation;
     and DOES 1 through 100, inclusive,

19                   Defendants.

20

21           Plaintiff Candy Miller and Defendants Merck Sharp & Dohme Corp.

22   and Merck & Co., Inc. (collectively "Merck") stipulate to extend the deadlines to

23   complete discovery pursuant to Fed. R. Civ. P. 26, LR IA 6-1, and LR 26-3 as

24   follows:

KAEMPFER
CROWELL

3529848_1  20343.1

## I.      DISCOVERY COMPLETED

1.      Both Plaintiff and Merck made their initial disclosures on March 27, 2023.

2.      Plaintiff provided her signed limited authorization to disclose health information on or about March 31, 2023.

3.      On April 6, 2023, Merck propounded a first set of interrogatories, to which Plaintiff responded on May 29, 2023.

4.      On April 6, 2023, Merck propounded a first set of requests for production, to which Plaintiff responded on May 29, 2023.

5.      On May 7, 2023, Plaintiff propounded a first set of requests for production to which Merck responded on July 10, 2023.

6.      On July 10, 2023, the parties also exchanged a proposed joint stipulated protective order and a proposed joint ESI protocol which were finalized and submitted to the Court on July 17, 2023 (ECF Nos. 32, 33) and granted on July 19, 2023 (ECF Nos. 34, 35).

7.      On May 29, 2023, Plaintiff made her first supplemental disclosure.

8.      On June 12, Plaintiff provided Merck with three signed authorizations to disclose health information for the release of medical information for three separate medical related providers.

9.      On June 20, 2023, Plaintiff made her second supplemental disclosure.

10.     On August 2, 2023 and August 17, 2023, Merck provided Plaintiff Notices of Intent to Serve Subpoena Duces Tecum.

11.     On August 25, 2023, Merck made a supplemental production of documents in response to Plaintiff's first set of requests for production.

## II.     DISCOVERY REMAINING TO BE COMPLETED

The parties still need to make their expert disclosures, including Plaintiff and Merck's respective expert disclosures and rebuttal expert disclosures as well as the depositions of those experts.

## III.     REASON WHY MORE TIME IS NEEDED FOR DISCOVERY

This is the first requested extension of discovery.  The parties have worked diligently and largely completed fact discovery.  However, an extensive amount of documents have been produced by the parties, including thousands of pages of medical records and billing records from multiple hospitals and medical providers.  On August 25, 2023, after the parties agreed and entered into their protective order and ESI protocol, Merck made a supplemental disclosure of documents consisting of nearly 10,000 pages of documents, videos, and excel files. Merck is also still awaiting documents responsive to its subpoena duces tecum. The parties need additional time to review the thousands of pages that have been produced in this matter which could affect the parties' respective discovery strategies moving forward.  The parties also want to ensure their respective experts have sufficient time to review all pertinent documents that have been disclosed.  Due to the thousands of pages of documents and medical records that must be reviewed,

The parties have not yet commenced deposition discovery.  Fact and expert depositions will be critical to the parties' respective case preparation; therefore, additional time is needed for the parties to take and complete necessary depositions before the discovery deadline.

KAEMPFER
CROWELL

## IV.   CURRENT DEADLINES AND PROPOSED NEW DEADLINES

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Discovery | February 9, 2024 | **May 9, 2024** |
| Plaintiff's Expert Disclosures | September 12, 2023 | **December 11, 2023** |
| Merck's Expert Disclosures | October 12, 2023 | **January 10, 2024** |
| Rebuttal Expert Disclosures | December 11, 2023 | **March 10, 2024** |
| Expert Depositions Deadline | February 9, 2024 | **May 9, 2024** |
| Dispositive Motion Deadline | March 11, 2024 | **June 9, 2024** |
| Joint Pretrial Order | April 10, 2024 | **July 9, 2024** |

WETHERALL GROUP, LTD.

/s/ Peter C. Wetherall
Peter C. Wetherall, No. 4414
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074

Attorney for Plaintiff Candy Miller

KAEMPFER CROWELL

Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

VENABLE LLP
Dino S. Sangiamo (*pro hac vice*)
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202

Attorneys for Defendants Merck Sharp
& Dohme Corp. and Merck & Co., Inc.

## ORDER

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED:   9/12/2023