1  KAEMPFER CROWELL
   Robert McCoy, No. 9121
2  Sihomara L. Graves, No. 13239
   1980 Festival Plaza Drive, Suite 650
3  Las Vegas, Nevada 89135
   Telephone:  (702) 792-7000
4  Facsimile:  (702) 796-7181
   Email: rmccoy@kcnvlaw.com
5  Email: sgraves@kcnvlaw.com

6  VENABLE LLP
   Dino S. Sangiamo *(pro hac vice)*
7  Christian A. Coward *(pro hac vice pending)*
   JaMar S. Mancano *(pro hac vice pending)*
8  Kathleen S. Hardway *(pro hac vice pending)*
   750 East Pratt Street, Suite 900
9  Baltimore, Maryland 21202
   Telephone:  (410) 244-7679
10 Facsimile:  (410) 244-7742
   Email: dssangiamo@venable.com
11 Email: cacoward@venable.com
   Email: jsmancano@venable.com
12 Email: kshardway@venable.com

13 Attorneys for Defendants Merck Sharp
   & Dohme Corp. and Merck & Co., Inc.

14

15                    UNITED STATES DISTRICT COURT

16                          DISTRICT OF NEVADA

17 | CANDY MILLER, an individual,              | Case No. 2:22-cv-00309-RFB-BNW
18 |           Plaintiff,                       |
   |                                            | **STIPULATION AND ORDER TO**
19 | vs.                                        | **DISMISS WITH PREJUDICE**
20 | MERCK SHARP & DOHME CORP., a               |
   | New Jersey Corporation; MERCK &            |
21 | CO., INC., a New Jersey Corporation;       |
   | and DOES 1 through 100, inclusive,         |
22 |                                            |
   |           Defendants.                      |
23

24

1    Plaintiff Candy Miller and Defendants Merck Sharp & Dohme Corp.
2 and Merck & Co., Inc. (collectively "Merck") stipulate to dismiss this action and
3 all claims against Merck with prejudice.  Each party will bear its own fees and
4 costs.

5 WETHERALL GROUP, LTD.

KAEMPFER CROWELL

6

*/s/* Peter C. Wetherall
7 Peter C. Wetherall, No. 4414
2580 St. Rose Parkway, Suite 330
8 Henderson, Nevada 89074

Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

9 Attorney for Plaintiff Candy Miller

VENABLE LLP
Dino S. Sangiamo *(pro hac vice)*
Christian A. Coward *(pro hac vice)*
JaMar S. Mancano *(pro hac vice)*
Kathleen S. Hardway *(pro hac vice)*
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202

Attorneys for Defendants Merck Sharp & Dohme Corp. and Merck & Co., Inc.

### ORDER

IT IS SO ORDERED.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: January 29, 2024.